Richard G. Himelrick, #004738

**TB T I F F A N Y & B O S C O**
P. A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103
E-MAIL:    RGH@TBLAW.COM

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Richard A. Maniskas
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-mail: rmaniskas@glancylaw.com

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARK KAPLAN, Individually and on Behalf of All Others Similarly Situated, | No. |
| Plaintiff, | **Class Action Complaint for Violations of the Federal Securities Laws** |
| v. | |
| INSIGHT ENTERPRISES, INC., STANLEY LABOURNE, RICHARD A. FENNESSY, GLYNIS A. BROWN, | **Demand for Jury Trial** |
| Defendants. | |

Plaintiff Mark Kaplan ("Plaintiff"), by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and

analysis of regulatory filings made by Insight Enterprises, Inc. ("Insight Enterprises" or the "Company") with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Insight Enterprises; and (c) review of other publicly available information concerning Insight Enterprises.

**NATURE OF THE ACTION AND OVERVIEW**

1.      This is a federal class action on behalf of purchasers of Insight Enterprises' securities between January 30, 2007 and February 6, 2009, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      Insight Enterprises provides brand-name information technology hardware, software, and services to large enterprises, small-to medium-sized businesses, and public sector institutions in North America, Europe, the Middle East, Africa, and Asia-Pacific.  The Company offers various products, including notebooks and personal digital assistants, desktops and servers, network and connectivity, storage devices, printers, memory and processors, supplies and accessories, monitors and video, and hardware.  The Company also offers services, such as lifecycle services, networking and communication, high performance systems, and enterprise software.

3.      On February 9, 2009, Insight Enterprises shocked the market when it revealed that the Company's management and Audit Committee had determined that Insight Enterprises will have to restate its previously reported earnings.  The Company further disclosed that the error relates to the release of certain aged trade credits from its balance sheet to its statement of earnings prior to the complete release of the underlying liabilities under applicable legal requirements.  As such, Insight Enterprises announced that it expects to restate financial statements included in the Company's most recently filed Annual Report on Form 10-K, for the year ended December 31, 2007, and in the Quarterly Reports on Form 10-Q for the first three quarters of fiscal year 2008.  According to the Company, the

restatement will include a material reduction of retained earnings as of December 31, 2004, related to the accumulation of such errors in prior periods. Insight Enterprises has disclosed that the cumulative effect of the restatement is expected to be $50 million to $70 million, before consideration of any tax effects.  Moreover, the Company expects that the final settlement of these liabilities may take multiple years and may eventually be settled for less than the estimated liability.

4.      On this news, shares of Insight Enterprises declined $2.85 per share, more than 48%, to close on February 9, 2009 at $3.05 per share, on unusually heavy volume.

5.      The Complaint alleges that, throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was improperly accounting for trade credits; (2) that, as a result, the Company misstated its financial results during the Class Period; (3) that the Company's financial results were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); (4) that the Company lacked adequate internal and financial controls; and (5) as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

6.      As a result of Defendants' wrongful acts and omissions and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

**JURISDICTION AND VENUE**

7.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.      This Court has jurisdiction over the subject matter of this action pursuant to 28

1    U.S.C. §1331, and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

2           9.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b), and
3    Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).

4           10.     Substantial acts in furtherance of the alleged fraud or the effects of the fraud
5    have occurred in this Judicial District.  Many of the acts charged herein, including the
6    preparation and dissemination of materially false and/or misleading information, occurred
7    in substantial part in this District.  Additionally, the Company's principal executive offices
8    are located within this Judicial District.

9           11.     In connection with the acts, transactions, and conduct alleged herein,
10   Defendants directly and indirectly used the means and instrumentalities of interstate
11   commerce, including the United States mail, interstate telephone communications, and the
12   facilities of a national securities exchange.

13                                          **PARTIES**

14          12.     Plaintiff Mark Kaplan, as set forth in the accompanying certification,
15   incorporated by reference herein, purchased Insight Enterprises common stock during the
16   Class Period, and suffered damages as a result of the federal securities law violations and
17   false and/or misleading statements and/or material omissions alleged herein.

18          13.     Defendant Insight Enterprises is a Delaware corporation with its principal
19   executive offices located at 1305 West Auto Drive, Tempe, Arizona 85284.

20          14.     Defendant Stanley Labourne ("Labourne") was, at all relevant times, Chief
21   Financial Officer ("CFO") and a director of Insight Enterprises until his announced
22   retirement on May 2, 2007 and his retirement date of December 31, 2007.

23          15.     Defendant Richard A. Fennessy ("Fennessy") was, at all relevant times,
24   President and Chief Executive Officer ("CEO") of Insight Enterprises since November 15,
25   2004 and a director of the Company since September 23, 2005.

26

16.     Defendant Glynis A. Bryan ("Bryan") was, at all relevant times, CFO of Insight Enterprises since December 16, 2007.

17.     Defendants Labourne, Fennessy, and Bryan are collectively referred to hereinafter as the "Individual Defendants."  The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Insight Enterprises' reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.  Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     Insight Enterprises provides brand-name information technology hardware, software, and services to large enterprises, small-to medium-sized businesses, and public sector institutions in North America, Europe, the Middle East, Africa, and Asia-Pacific.  The Company offers various products, including notebooks and personal digital assistants, desktops and servers, network and connectivity, storage devices, printers, memory and processors, supplies and accessories, monitors and video, and hardware.  The Company also offers services, such as lifecycle services, networking and communication, high performance systems, and enterprise software.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Materially False and Misleading
Statements Issued During the Class Period**

19.   The Class Period begins on January 30, 2007.  On January 30, 2007, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Preliminary Fourth Quarter Results."  Therein, the Company, in relevant part, stated:

> Insight Achieves Record Financial Results Net Sales - $1.27 Billion; GAAP Diluted EPS - $0.38; Non-GAAP Diluted EPS - $0.43
>
> Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported preliminary results of operations for the three months and year ended December 31, 2006 . . . .
>
> ***
>
> Fourth Quarter Highlights:
> --   Quarterly net sales growth of 57% from $812.1 million in Q4 2005 to $1.27 billion in Q4 2006.
> --   Quarterly non-GAAP net earnings growth of 25% from $17.0 million in Q4 2005 to $21.2 million in Q4 2006 (GAAP net earnings grew 69% from $11.1 million to $18.8 million).
> --   Non-GAAP diluted EPS growth of 23% from $0.35 in Q4 2005 to $0.43 in Q4 2006 (GAAP diluted EPS grew 65% from $0.23 in Q4 2005 to $0.38 in Q4 2006).
> --   North America quarterly net sales and non-GAAP earnings from operations increased 33% and 32%, respectively, over the prior year (GAAP earnings from operations increased 18%).
> --   EMEA quarterly net sales and non-GAAP earnings from operations increased 190% and 158%, respectively, over the prior year (GAAP earnings from operations increased 253%).
> --   APAC quarterly net sales and non-GAAP earnings from operations were $23.4 million and $835,000, respectively (GAAP earnings from operations were $824,000).
>
> 2006 Full Year Highlights:
> --   Annual net sales growth of 20% from $3.18 billion in 2005 to $3.82 billion in 2006.
> --   Annual non-GAAP net earnings growth of 20% from $64.0 million in 2005 to $76.7 million in 2006 (GAAP net earnings grew 39% from $54.7 million to $76.2 million).
> --   Non-GAAP diluted EPS growth of 21% from $1.30 in 2005 to $1.57 in 2006 (GAAP diluted EPS grew 39% from $1.12 in 2005 to $1.56 in 2006).
>
> "I am very pleased to announce that Insight had a great quarter, which

-6-

provided a strong ending to a very exciting and successful 2006," said Rich Fennessy, chief executive officer. "I am proud to say we achieved record quarterly and annual net sales, non-GAAP net earnings and non-GAAP diluted earnings per share."

\*\*\*

Cash flows from operations for the year ended December 31, 2006 and 2005 were $83.0 million and $15.6 million, respectively. During the year ended December 31, 2006, we received $46.3 million from the sale of Direct Alliance and used $321.2 million, net of cash acquired of $30.3 million, to acquire Software Spectrum. The acquisition was partially financed by new term loan borrowings of $75.0 million under our amended and restated credit facility and $173.0 million under our amended accounts receivable securitization financing facility. Cash flows from operations for the year ended December 31, 2006 resulted primarily from net earnings from continuing operations before depreciation and amortization, and increases in accounts payable and decreases in inventories. These increases in operating cash flows were partially offset by increases in accounts receivable. The increased accounts payable and accounts receivable balances can be primarily attributed to the Software Spectrum acquisition. Cash flows from operations for the year ended December 31, 2005 resulted primarily from net earnings from continuing operations before depreciation and amortization partially offset by increases in accounts receivable and inventories. The increase in accounts receivable was due to increases in net sales with terms longer than net 30 at the end of 2005 primarily related to our large enterprise and public sector clients. The increase in inventories was due primarily to increases in opportunistic purchases and a decision to carry additional inventories for our integration labs and upcoming projects with large enterprise and public sector clients at the end of 2005. For the year ended December 31, 2006, cash used in investing activities included $35.0 million of capital expenditures primarily related to investments to upgrade our IT systems to the mySAP Business Suite. At December 31, 2006, we had $17.4 million in cash and cash equivalents, $60 million available under our line of credit and approximately $47 million available under our amended accounts receivable securitization financing facility.

\*\*\*

OPERATING SEGMENTS

\*\*\*

Beginning in the fourth quarter of 2006, we operate in three reportable geographic operating segments: North America; EMEA (Europe, the Middle East and Africa); and APAC (Asia-Pacific). To the extent applicable, prior period information included in this release by operating segment has been revised to conform to the current period presentation. Currently, our offerings in North America and the United Kingdom include brand-name IT hardware, software and IT services. Our offerings in the remainder of our EMEA segment and in APAC currently only include software and IT services.

North America

North America's net sales for the three months ended December 31, 2006 increased 33% to $931.1 million, compared to net sales of $702.4 million for the three months ended December 31, 2005, due primarily to the acquisition of Software Spectrum. "I am very pleased with our software category performance as we posted seasonally strong results," said Fennessy. "Our North America hardware and services categories performed well in the quarter, with year over year sales increases from SMB and public sector clients, while hardware sales to large enterprise clients declined compared to the fourth quarter of last year."

In Q4 2006, our North American gross profit was $117.5 million, a 49% increase over the prior year. North America's gross profit as a percentage of net sales was 12.6% for the three months ended December 31, 2006, compared to 11.2% for the three months ended December 31, 2005. "The increase in gross profit as a percentage of net sales from the fourth quarter of 2005 was due primarily to increases in agency fees for Microsoft enterprise software agreement renewals, reductions in the reserves for vendor receivables, decreases in inventory write-downs and increases in sales of services. These increases were offset partially by decreases in product margin, which includes vendor funding, and decreases in freight margins," said Stanley Laybourne, chief financial officer.

North America's non-GAAP selling and administrative expenses were 9.5% of net sales for the three months ended December 31, 2006, compared to 8.1% for the three months ended December 31, 2005. The non-GAAP selling and administrative expenses exclude stock-based compensation expense of $3.3 million and $208,000 for the three months ended December 31, 2006 and 2005, respectively. Selling and administrative expenses in the fourth quarter of 2006 also include approximately $720,000 of accelerated depreciation related to portions of our current operating system that will not be utilized after our upgrade to mySAP. "Compared to Q4 2005, we have seen increases in expenses related to the acquired business, increases in sales incentive plans, increased bonus expenses due to increased overall financial performance, accelerated depreciation, amortization of intangible assets, increases in professional fees associated with the stock option review and integration-related expenses," Laybourne said.

North America's non-GAAP earnings from operations for the three months ended December 31, 2006 were $28.9 million compared to $21.9 million for the three months ended December 31, 2005. The non-GAAP earnings from operations for the three months ended December 31, 2006 excludes stock-based compensation expense of $3.3 million. The non-GAAP earnings from operations for the three months ended December 31, 2005 excludes stock-based compensation of $208,000.

EMEA

EMEA's net sales for the three months ended December 31, 2006 increased by

190% to $317.9 million, compared to net sales of $109.6 million for the three months ended December 31, 2005. "Within EMEA, our UK hardware and services category performance was very strong in the quarter and grew faster than the market," said Fennessy. "I am very pleased with our software category performance in EMEA as well, which also posted seasonally strong results."

In Q4 2006, our EMEA gross profit was $38.8 million, a 156% increase over the prior year. EMEA's gross profit as a percentage of net sales was 12.2% for the three months ended December 31, 2006, compared to 13.8% for the three months ended December 31, 2005. "The decrease in gross margin from the fourth quarter of 2005 was due primarily to decreases in product margin, which includes vendor funding. These decreases in gross margin were offset partially by higher agency fees for Microsoft enterprise software agreement renewals," said Laybourne.

For the three months ended December 31, 2006, EMEA's non-GAAP selling and administrative expenses were 9.9% of net sales compared with 11.2% in the same quarter of 2005. "The decrease from Q4 2005 was due primarily to increases in net sales," said Laybourne. The non-GAAP selling and administrative expenses exclude stock-based compensation expense of $307,000 for the three months ended December 31, 2006.

EMEA's non-GAAP earnings from operations in the three months ended December 31, 2006 were $7.4 million, compared to $2.9 million in the three months ended December 31, 2005. The non-GAAP earnings from operations exclude stock-based compensation expense of $307,000 for the three months ended December 31, 2006 and severance and restructuring expense of $7.5 million for the three months ended December 31, 2005.

APAC

Our APAC segment, which was added as a result of the acquisition of Software Spectrum, recognized net sales and non-GAAP earnings from operations of $23.4 million and $835,000, respectively, for the three months ended December 31, 2006. The non-GAAP earnings from operations exclude stock-based compensation expense of $11,000 for the three months ended December 31, 2006. "We were pleased with the results of our APAC segment as it achieved strong growth and results in line with its internal budgets," said Fennessy. "Although this segment represents a small percentage of our consolidated results, we are excited about the growth opportunities this region brings."

20.     On May 02, 2007, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Preliminary First Quarter 2007 Results." Therein, the Company, in relevant part, stated:

Net Sales - $1.12 billion; Diluted EPS - $0.35

Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported preliminary results of operations for the three months ended March 31, 2007. . . .

First Quarter Highlights
-- Net sales increased 53% to $1.12 billion.
-- Gross profit grew 58% to $153.2 million.
-- Net earnings increased 21% to $17.3 million.
-- Diluted EPS grew 21% to $0.35
-- Q1 2007 results include expenses of $5.7 million, $3.5 million net of tax, for legal and other professional fees associated with the stock option review.
-- Q1 2007 results include the gain on the sale of PC Wholesale of $7.9 million, $4.8 million net of tax, recorded in discontinued operations.
-- North America net sales increased 27% and gross profit increased 41%, while earnings from operations increased 4%.
-- EMEA net sales increased 173% and gross profit increased 119%, while earnings from operations increased 82%.

***

Discontinued Operation

On March 1, 2007, we completed the sale of PC Wholesale, a division of our North America operating segment, and recorded a gain of $7.9 million, $4.8 million net of taxes. The sale of the division generated net cash proceeds of $9.3 million, plus approximately $20.0 million from net assets sold to the same buyer, which is subject to certain post-closing adjustments. The gain on sale and the operations of PC Wholesale are included in the consolidated statements of earnings as a discontinued operation for all periods presented.

***

Cash flows from operations for the three months ended March 31, 2007 resulted primarily from net earnings from continuing operations before depreciation, amortization and stock-based compensation expense as well as decreases in accounts receivable. These increases in operating cash flows were partially offset by decreases in accounts payable. The decreased accounts receivable and decreased accounts payable can be primarily attributed to the seasonal decrease in net sales. Cash flows from operations for the three months ended March 31, 2006 resulted primarily from net earnings before depreciation and stock-based compensation, decreases in accounts receivable and inventory. Accounts receivable decreased due to the seasonal decrease in net sales. Inventory decreased due primarily to improvements in our supply chain activities and fewer opportunistic purchases during the quarter ended March 31, 2006. For the three months ended March 31, 2007, cash provided by investing activities included $28.7 million of net proceeds from the sale of PC Wholesale offset partially by $9.1 million of capital expenditures primarily

-10-

related to investments to upgrade our IT systems to the mySAP Business Suite. Cash used in financing activities related primarily to repayments on outstanding debt of $52.8 million. At March 31, 2007, we had $67.0 million available under our line of credit and $53.7 million available under our amended accounts receivable securitization financing facility.

\*\*\*

OPERATING SEGMENTS

\*\*\*

North America

North America's net sales for the three months ended March 31, 2007 increased 27% to $777.2 million, compared to net sales of $612.9 million for the three months ended March 31, 2006, due primarily to the acquisition of Software Spectrum on September 7, 2006. "Our North America segment achieved record first quarter net sales, though the highlight of the quarter was the very strong gross profit performance with growth of 41% over prior year," said Rich Fennessy, President and Chief Executive Officer. "We also grew our services business net sales by 72% in the quarter compared to the first quarter of 2006."

For the three months ended March 31, 2007, our North American gross profit was $111.9 million compared to $79.5 million for the three months ended March 31, 2006. North America's gross profit as a percentage of net sales was 14.4% for the three months ended March 31, 2007, compared to 13.0% for the three months ended March 31, 2006. "The increase in gross profit as a percentage of net sales from the first quarter of 2006 was due primarily to increases in agency fees for Microsoft enterprise software agreement renewals, increases in the sales of services and decreases in inventory write-downs due to improvements in the aging of inventories. These increases were offset partially by decreases in product margins, which includes vendor funding, and decreases in freight margins," said Stanley Laybourne, Chief Financial Officer.

North America's selling and administrative expenses were 12.2% of net sales for the three months ended March 31, 2007, compared to selling and administrative expenses as a percentage of sales of 10.3% for the three months ended March 31, 2006. "Compared to Q1 2006, we have seen increases in legal and other professional fees associated with the stock option review, increases in sales incentive plans, increased bonus expenses due to increased overall financial performance and increased amortization of intangible assets and integration-related expenses due to the acquisition of Software Spectrum," Laybourne said.

North America's earnings from operations for the three months ended March 31, 2007 increased 4% to $17.1 million from $16.5 million for the three months ended March 31, 2006.

North America's selling and administrative expenses and earnings from operations for the three months ended March 31, 2007 include expenses of approximately $5.2 million for legal and other professional fees associated with the stock option review. Selling and administrative expenses and earnings from operations for the three months ended March 31, 2006 includes settlement expense of $1.0 million.

EMEA

EMEA's net sales for the three months ended March 31, 2007 increased by 173% to $327.4 million, compared to net sales of $119.9 million for the three months ended March 31, 2006. "Our EMEA segment achieved very strong results and performed well across all regions," said Fennessy. "Within the United Kingdom, our hardware and software categories performed exceptionally well and we believe grew faster than the market."

In Q1 2007, our EMEA gross profit was $38.5 million, a 119% increase over the prior year. EMEA's gross profit as a percentage of net sales was 11.8% for the three months ended March 31, 2007, compared to 14.7% for the three months ended March 31, 2006. "The decrease in gross margin from the first quarter of 2006 was due primarily to decreases in product margin, which includes vendor funding, and decreases in supplier discounts. These decreases in gross margin were offset partially by increases in agency fees for Microsoft enterprise software agreement renewals and decreases in inventory write-downs due to due to improvements in the aging of inventories," said Laybourne.

For the three months ended March 31, 2007, EMEA's selling and administrative expenses were 9.8% of net sales compared with 11.7% in the same quarter of 2006. "The decrease from Q1 2006 was due primarily to increases in net sales offset partially by increased bonus expenses due to increased overall financial performance, increased amortization expense related to intangible assets and other professional fees associated with the stock option review," said Laybourne.

EMEA's earnings from operations increased 82% in the three months ended March 31, 2007 to $6.5 million from $3.5 million in the three months ended March 31, 2006.

EMEA's selling and administrative expenses and earnings from operations for the three months ended March 31, 2007 include expenses of approximately $455,000 for legal and professional fees associated with the stock option review.

APAC

Our APAC segment, which was added as a result of the acquisition of Software Spectrum in September 2006, recognized net sales of $19.4 million and gross profit of $2.8 million for the three months ended March 31, 2007.

"Our APAC segment continues to perform very well and we continue to be encouraged by the growth opportunities in this region," said Fennessy.

21.    On July 26, 2007, Insight Enterprises filed its Annual Report with the SEC on Form 10-K for the 2006 fiscal fourth quarter and year ending December 31, 2006.  The Company's 10-K was signed by Defendant Fennessy and reaffirmed the Company's financial results previously announced on January 30, 2007.

22.    The Company's 10-K filed on July 26, 2007 also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Labourne, who certified:

1.    I have reviewed this Annual Report on Form 10-K of Insight Enterprises, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a.    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b.    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

-13-

c.     Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d.     Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.     The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent functions):

a.     All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b.     Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

23.     On July 26, 2007, Insight Enterprises filed its Quarterly Report with the SEC on Form 10-Q fiscal 2007 first quarter ending March 31, 2007.  The Company's 10-Q was signed by Defendants Fennessy and Labourne and reaffirmed the Company's financial results previously announced on May 02, 2007.  The Company's 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Labourne substantially similar to the certifications contained in ¶22, *supra*.

24.     On August 07, 2007, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Second Quarter Results."  Therein, the Company, in relevant part, stated:

Insight Achieves Another Quarter of Record Financial Results Net Sales - $1.28 Billion; Diluted EPS - $0.54

-14-

Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported results of operations for the three months ended June 30, 2007.

Second Quarter Highlights
- -- Net sales increased 64% to $1.28 billion.
- -- Gross profit grew 81% to $184.8 million.
- -- Net earnings from continuing operations increased 77% to $26.8 million.
- -- Diluted EPS from continuing operations grew 74% to $0.54, the highest in the Company's history.
- -- Outstanding debt reduced by $60.0 million during the quarter.
- -- Completed financial restatement and filings with the Securities and Exchange Commission ("SEC").
- -- Q2 2007 results include expenses of $4.3 million, $2.6 million net of tax, for professional fees associated with our stock option review.
- -- Q2 2007 results include severance expenses of $2.8 million, $1.7 million net of tax.
- -- North America net sales increased 39% and gross profit increased 58%, while earnings from operations increased 54%.
- -- EMEA net sales increased 188% and gross profit increased 159%, while earnings from operations increased 297%.

"I am very pleased to announce that Insight posted a record quarter with breakthrough financial results across all operating segments," said Rich Fennessy, President and Chief Executive Officer. "Seasonally, this is our strongest quarter of the year for sales of software, but we also benefited from very strong results from our hardware and services categories."

***

OPERATING SEGMENTS

***

North America

North America's net sales for the three months ended June 30, 2007 increased 39% to $923.9 million, compared to net sales of $665.0 million for the three months ended June 30, 2006, due primarily to the acquisition of Software Spectrum on September 7, 2006. "Our North America segment achieved very strong results in what is typically our strongest quarter of the year for sales of software," said Fennessy. "However, the quarter was not all about software, as we were pleased with the results contributed by hardware and services as well."

For the three months ended June 30, 2007, our North American gross profit increased 58% to $134.2 million from $84.7 million for the three months

ended June 30, 2006. North America's gross profit as a percentage of net sales was 14.5% for the three months ended June 30, 2007, compared to 12.7% for the three months ended June 30, 2006. "The increase in gross profit as a percentage of net sales from the second quarter of 2006 was due primarily to increases in agency fees for Microsoft enterprise software agreement renewals, decreases in inventory write-downs due to improvements in the aging of inventories and increases in the sales of services. These increases were offset partially by decreases in product margins, which includes vendor funding," said Stanley Laybourne, Chief Financial Officer.

North America's selling and administrative expenses were 10.9% of net sales for the three months ended June 30, 2007, compared to selling and administrative expenses as a percentage of sales of 9.8% for the three months ended June 30, 2006. "Compared to Q2 2006, we have seen increases in salaries and wages, primarily resulting from the acquired business, professional fees associated with our stock option review, sales incentive plans and bonus expenses due to increased overall financial performance and amortization of intangible assets," Laybourne said. North America's selling and administrative expenses for the three months ended June 30, 2007 include expenses of approximately $4.1 million for professional fees associated with our stock option review.

Additionally, North America recorded $2.8 million of severance expenses during the three months ended June 30, 2007.

North America's earnings from operations for the three months ended June 30, 2007 increased 54% to $30.3 million from $19.7 million for the three months ended June 30, 2006. North America's earnings from operations as a percentage of net sales increased to 3.3% for the three months ended June 30, 2007 from 3.0% for the three months ended June 30, 2006.

EMEA

EMEA's net sales for the three months ended June 30, 2007 increased by 188% to $331.9 million, compared to net sales of $115.3 million for the three months ended June 30, 2006. "Our EMEA segment capitalized on the strongest quarter for software sales and achieved very solid results across all regions," said Fennessy. "Additionally, our United Kingdom operations continue to benefit from a combined solution offering and posted strong results across the hardware, software and services categories."

In Q2 2007, our EMEA gross profit was $45.0 million, a 159% increase over the prior year. EMEA's gross profit as a percentage of net sales was 13.6% for the three months ended June 30, 2007, compared to 15.1% for the three months ended June 30, 2006. "The decrease in gross margin from the second quarter of 2006 was due primarily to decreases in product margin, which includes vendor funding, and decreases in supplier discounts. These decreases in gross margin were offset partially by increases in agency fees for Microsoft enterprise software agreement renewals and decreases in inventory write-downs due to improvements in the aging of inventories," said

Laybourne.

For the three months ended June 30, 2007, EMEA's selling and administrative expenses were 10.1% of net sales compared with 12.6% in the same quarter of 2006. "The decrease from Q2 2006 was due primarily to the increase in net sales, offset partially by increases in salaries and wages, primarily resulting from the acquired business, increases in sales incentive plans and bonus expenses due to increased overall financial performance and increases in amortization of intangible assets," Laybourne said. EMEA's selling and administrative expenses for the three months ended June 30, 2007 include expenses of approximately $228,000 for professional fees associated with our stock option review.

EMEA's earnings from operations increased 297% in the three months ended June 30, 2007 to $11.6 million from $2.9 million in the three months ended June 30, 2006. EMEA's earnings from operations as a percentage of net sales increased to 3.5% for the three months ended June 30, 2007 from 2.5% for the three months ended June 30, 2006.

EMEA's operating results translated into U.S. dollars continue to benefit from the weakening of the U.S. dollar against our functional currencies in EMEA, particularly the British Pound Sterling and the Euro.

APAC

Our APAC segment, which was added as a result of the acquisition of Software Spectrum in September 2006, recognized net sales of $27.6 million, gross profit of $5.6 million and earnings from operations of $1.8 million for the three months ended June 30, 2007. "We are pleased with the continued strong performance of our APAC segment," said Fennessy.

25.    On August 9, 2007, Insight Enterprises filed its Quarterly Report with the SEC on Form 10-Q for the 2007 fiscal second quarter ending June 30, 2007.  The Company's 10-Q was signed by Defendants Fennessy and Labourne and reaffirmed the Company's financial results previously announced on August 07, 2007.  The Company's 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Labourne, substantially similar to the certifications contained in ¶22, *supra*.

26.    On November 01, 2007, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Third Quarter Results." Therein, the Company, in relevant part, stated:

-17-

Q3 2007 Net Sales - $1.11 Billion; Diluted EPS - $0.18
YTD 2007 Net Sales - $3.52 Billion; Diluted EPS - $1.07

Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported results of operations for the three and nine months ended September 30, 2007.

Third Quarter and Year-to-Date Highlights
   --   Net sales for the quarter increased 29% to $1.11 billion, and year-to-date net sales increased 48% to $3.52 billion.
   --   Gross profit for the quarter grew 32% to $149.8 million, and year-to-date gross profit grew 56% to $487.8 million.
   --   Net earnings from continuing operations decreased 46% to $9.1 million, while year-to-date net earnings from continuing operations increased 6% to $48.2 million.
   --   Diluted EPS from continuing operations decreased 47% to $0.18, while year-to-date diluted EPS from continuing operations increased 3% to $0.97.
   --   Q3 2007 results include expenses of $2.5 million, $1.5 million net of tax, for professional fees associated with our stock option review, while year-to-date results include $12.5 million, $7.6 million net of tax, for such professional fees and $2.8 million, $1.7 million net of tax, for severance expense.

"Even with more of a seasonal decline in our software business than we had expected, I believe we had a solid quarter," said Rich Fennessy, President and Chief Executive Officer. "Year-to-date, our results are very strong, and we feel good about our business across all segments and categories, including software, going into the fourth quarter."

***

OPERATING SEGMENTS

***

North America

North America's net sales for the three months ended September 30, 2007 increased 18% to $817.7 million compared to net sales of $694.3 million for the three months ended September 30, 2006. "Although we experienced significant seasonality in our software sales, we were pleased with our 5% growth in hardware sales and our 42% growth in services over the prior year," said Fennessy.

For the three months ended September 30, 2007, our North American gross profit increased 20% to $109.0 million from $90.9 million for the three months ended September 30, 2006. North America's gross profit as a percentage of net sales was 13.3% for the three months ended September 30, 2007, compared to

-18-

13.1% for the three months ended September 30, 2006. "The increase in gross margin from the third quarter of 2006 was due primarily to increases in agency fees for Microsoft enterprise software agreement renewals offset partially by decreases in product margin, which includes vendor funding and decreases in freight margin," said Stanley Laybourne, Chief Financial Officer.

North America's selling and administrative expenses were 11.5% of net sales for the three months ended September 30, 2007, compared to selling and administrative expenses as a percentage of sales of 10.1% for the three months ended September 30, 2006. "Compared to Q3 2006, we have seen increases in salaries and wages, primarily resulting from the acquired business in September 2006, professional fees associated with our stock option review and amortization of acquired intangible assets," Laybourne said. North America's selling and administrative expenses for the three months ended September 30, 2007 include expenses of approximately $2.5 million for professional fees associated with our stock option review.

North America's earnings from operations for the three months ended September 30, 2007 decreased 25% to $15.3 million from $20.4 million for the three months ended September 30, 2006. North America's earnings from operations as a percentage of net sales decreased to 1.9% for the three months ended September 30, 2007 from 2.9% for the three months ended September 30, 2006.

EMEA

EMEA's net sales for the three months ended September 30, 2007 increased 69% to $264.7 million, compared to net sales of $157.1 million for the three months ended September 30, 2006. "Our EMEA segment was also affected by the significant seasonality within our software category," said Fennessy. "Even so, EMEA exceeded our internal expectations for the quarter and posted strong results across the hardware and services categories."

In Q3 2007, our EMEA gross profit was $35.7 million, a 67% increase over the prior year. EMEA's gross profit as a percentage of net sales was 13.5% for the three months ended September 30, 2007, compared to 13.6% for the three months ended September 30, 2006. "The decrease in gross margin from the third quarter of 2006 was due primarily to decreases in product margin, which includes vendor funding, and decreases in freight margin. These decreases in gross margin were offset partially by increases in agency fees for Microsoft enterprise software agreement renewals," said Laybourne.

For the three months ended September 30, 2007, EMEA's selling and administrative expenses were 12.5% of net sales compared with 11.1% in the same quarter of 2006. "The increase from Q3 2006 was due primarily to increases in salaries and wages and expenses related to additional facilities, predominantly resulting from the acquired business in September 2006, increases in sales incentive plans and bonus expenses due to increased overall financial performance, amortization of acquired intangible assets and costs associated with the initial stages of our mySAP upgrade in EMEA that were

not capitalizable," Laybourne said.

EMEA's earnings from operations decreased 31% in the three months ended September 30, 2007 to $2.5 million from $3.7 million in the three months ended September 30, 2006. EMEA's earnings from operations as a percentage of net sales decreased to 1.0% for the three months ended September 30, 2007 from 2.4% for the three months ended September 30, 2006.

APAC

Our APAC segment, which was added as a result of the acquisition of Software Spectrum in September 2006, recognized net sales of $27.3 million, gross profit of $5.1 million and contributed $1.2 million to earnings from operations for the three months ended September 30, 2007. "Our APAC segment continues to perform very well and continues to overachieve against internal expectations," said Fennessy.

27.     On November 9, 2007, Insight Enterprises filed its Quarterly Report with the SEC on Form 10-Q.  The Company's 10-Q was signed by Defendants Fennessy and Labourne  and  reaffirmed  the  Company's  financial  results  previously  announced  on November 01, 2007.   The Company's 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Labourne, substantially similar to the certifications contained in ¶22, *supra*.

28.     On February 06, 2008, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Fourth Quarter and Full Year 2007 Results."  Therein, the Company, in relevant part, stated:

Q4 2007 Net Sales - $1.28 Billion; Diluted EPS - $0.50 2007 Full Year Net Sales - $4.80 Billion; Diluted EPS - $1.56

Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported results of operations for the quarter and year ended December 31, 2007.

Fourth Quarter and 2007 Full Year Highlights
   --     Net sales for the fourth quarter increased 5% to $1.28 billion, and annual net sales increased 34% to $4.80 billion.
   --     Gross profit for the fourth quarter grew 10% to $173.3 million, and annual gross profit grew 40% to $661.1 million.
   --     Net earnings from continuing operations for the fourth quarter increased 29% to $23.8 million, while annual net earnings from continuing operations increased 13% to $72.0 million.

-20-

--     Diluted EPS from continuing operations for the fourth quarter increased 30% to $0.48, while annual diluted EPS from continuing operations increased 10% to $1.44.

--     Q4 2007 results include expenses of $334,000, $201,000 net of tax, for professional fees and costs associated with our stock option review, while 2007 full year results include expenses of $13.0 million, $7.9 million net of tax, for such professional fees and costs and $2.6 million, $1.5 million net of tax, for severance and restructuring expenses. Q4 2006 and full year 2006 results include expenses of $1.6 million, $1.0 million net of tax, for professional fees associated with our stock option review and $729,000, $454,000 net of tax, for severance and restructuring expenses.

"I am very pleased to announce that the overall performance of our geographic operating segments produced a solid fourth quarter, which provided a strong ending to a successful 2007," said Rich Fennessy, President and Chief Executive Officer. "As expected, our business delivered a seasonally-stronger fourth quarter, and for the full year our overall financial results exceeded our own internal expectations."

***

OPERATING SEGMENTS

***

North America

North America's net sales for the three months ended December 31, 2007 decreased 4% to $844.1 million compared to net sales of $880.8 million for the three months ended December 31, 2006. The decline in net sales is related to the continued conversion of software sales to enterprise software agreements where only an agency fee is recognized in net sales and a decrease in hardware sales during the quarter.

For the three months ended December 31, 2007, our North American gross profit increased 1% to $116.7 million from $115.4 million for the three months ended December 31, 2006. North America's gross profit as a percentage of net sales was 13.8% for the three months ended December 31, 2007, compared to 13.1% for the three months ended December 31, 2006. "The increase in gross margin was due primarily to an increase in agency fees for Microsoft enterprise software agreement renewals and the higher margin associated with our services business," said Glynis Bryan, Chief Financial Officer.

North America's selling and administrative expenses were 10.9% of net sales for the three months ended December 31, 2007, compared to selling and administrative expenses as a percentage of net sales of 10.3% for the three months ended December 31, 2006. "The increase compared to 2006 was

predominantly a result of the lower net sales base in Q4 2007 and some duplicative costs associated with our back-office operations tied to our MySAP upgrade," Bryan said. North America's selling and administrative expenses for the three months ended December 31, 2007 and 2006 include expenses of approximately $0.3 million and $1.6 million, respectively, for professional fees and costs associated with our stock option review.

North America's earnings from operations for the three months ended December 31, 2007 increased slightly to $24.7 million compared to $24.6 million for the three months ended December 31, 2006. North America's earnings from operations as a percentage of net sales increased to 2.9% for the three months ended December 31, 2007 from 2.8% for the three months ended December 31, 2006.

EMEA

EMEA's net sales for the three months ended December 31, 2007 increased 28% to $405.7 million, compared to net sales of $317.9 million for the three months ended December 31, 2006. The strong performance in EMEA includes higher net sales across all categories and the benefit of currency exchange rates between the weakening U.S. dollar year over year as compared to the various European currencies in which we do business. "Our strong overall consolidated financial results in the quarter benefited largely from the strength of our EMEA performance," said Fennessy. "We experienced excellent growth in our EMEA hardware, software and services categories."

In Q4 2007, our EMEA gross profit was $49.4 million, a 27% increase over the prior year. EMEA's gross profit as a percentage of net sales remained consistent at 12.2% for the three months ended December 31, 2007 and 2006.

For the three months ended December 31, 2007, EMEA's selling and administrative expenses were 9.1% of net sales compared with 10.0% in the same quarter of 2006. "The decrease from Q4 2006 was due primarily to increases in net sales," said Bryan. "Selling and administrative expenses increased by $5.4 million from Q4 2006 to Q4 2007, primarily due to higher foreign currency exchange rates, higher compensation costs due to additional sales headcount and increased bonus expenses due to improved overall financial performance in EMEA."

Additionally, the three months ended December 31, 2007 includes a $606,000 benefit related to a reduction in EMEA's restructuring liability for remaining lease obligations on a previously vacated office property following a successful renegotiation of a portion of the long-term lease during the quarter. This amount was partially offset by $177,000 of severance expense during the quarter.

EMEA's earnings from operations increased 79% in the three months ended December 31, 2007 to $12.7 million from $7.1 million in the three months ended December 31, 2006. EMEA's earnings from operations as a percentage

of net sales increased to 3.1% for the three months ended December 31, 2007 from 2.2% for the three months ended December 31, 2006.

APAC

Our APAC segment recognized net sales of $33.5 million, recognized gross profit of $7.2 million and contributed $2.7 million to earnings from operations for the three months ended December 31, 2007. "We continue to be excited about our APAC segment, which is performing very well and continues to post strong growth in net sales and profitability," said Bryan.

29.     On February 27, 2008, Insight Enterprises filed its Annual Report with the SEC on Form 10-K.  The Company's 10-K was signed by Defendant Fennessy and reaffirmed the Company's financial results previously announced on February 06, 2008.  The Company's 10-K also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Bryan, substantially similar to the certifications contained in ¶22, *supra*.

30.     On April 23, 2008, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Preliminary First Quarter 2008 Results."  Therein, the Company, in relevant part, stated:

Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported that net sales for the quarter ended March 31, 2008 are expected to be approximately $1.11 billion representing a decrease of approximately 1% from the first quarter 2007. Diluted earnings per share, before severance and restructuring expenses, are expected to be between $0.22 and $0.24 per share, well below management's expectations and current analyst estimates.

The results for the quarter are expected to include $1.9 million, $1.1 million after tax, or approximately $0.02 per diluted share, of severance and restructuring expenses related to on-going restructuring efforts within the Company, which are expected to result in $3.5 to $4.5 million of annualized cost savings.

The first quarter 2008 financial results reflect the following performance by each of our operating segments.

North America

Net sales in North America are expected to decrease 1% to approximately $766 million primarily due to a softer U.S. IT market and a double digit

decrease year over year in net sales to SMB clients, as the Company continued to address issues with the MYSAP platform migration that commenced in the second half of 2007. Gross margin in North America is expected to decrease by about 80 basis points from the first quarter of 2007 primarily due to lower net sales to SMB clients, which are generally conducted at higher gross margins, and decreases in product margins, including vendor funding, primarily driven by market pricing pressures. Earnings from operations in North America are expected to be approximately $5 million lower than the first quarter of 2007. These 2008 results include $1 million in severance and restructuring expenses, while the first quarter 2007 results include approximately $5 million in fees and expenses associated with the Company's stock option review.

EMEA

Net sales in EMEA are expected to decrease 3% to $318 million reflecting a decline in hardware sales in the United Kingdom partially offset by the foreign currency benefit of the weak U.S. dollar compared to the Euro. Within the UK, while the market conditions are challenging and show signs of continued weakness going into the second quarter, the Company believes that the majority of the net sales decline in the first quarter was related to internal sales execution issues early in the quarter. These issues were immediately addressed and as a result, the Company saw a stronger result in March compared to the first two months of the quarter. Additionally, there were two less shipping days in the quarter compared to the first quarter of last year. Gross margin in EMEA is expected to increase to over 14% from 11.8% reported in the first quarter of last year resulting from strong software category performance and a continued migration to fee based software programs. Earnings from operations in the EMEA segment are expected to increase 8% compared to the first quarter of 2007 to $7.0 million reflecting higher gross profit partially offset by increases in selling and administrative expenses from increased headcount and severance expenses of approximately $900,000.

APAC

Net sales in APAC are expected to increase 19% to $23 million with gross margin on these sales of approximately 16%. Reported losses from operations in this segment are expected to be approximately $440,000 reflecting the typical seasonality of this business and an investment in incremental experienced sales resources during the quarter.

Rich Fennessy, President and CEO, commented, "We are very disappointed with our financial results for the first quarter, specifically the results in our North America operating segment. We continue to be pleased with our EMEA and APAC operating segments as they each generated double digit growth in gross profit during the quarter. As we look to the remainder of 2008, the focus will be on continuing the momentum internationally, while taking the necessary steps within North America to improve our short-term operational and financial performance."

31.     On May 8, 2008, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports First Quarter 2008 Results."  Therein, the Company, in relevant part, stated:

Q1 2008 Net Sales - $1.11 Billion; Diluted EPS - $0.22

Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported results of operations for the quarter ended March 31, 2008.

First Quarter Highlights
      --      Net sales for the first quarter of 2008 decreased 1% to $1.11 billion.
      --      Gross profit for the first quarter remained flat at $153.2 million.
      --      Net earnings from continuing operations for the first quarter decreased 14% to $10.5 million.
      --      Diluted EPS from continuing operations for the first quarter decreased 12% to $0.22.
      --      First quarter 2008 results from continuing operations include $1.9 million, $1.1 million net of tax, for severance and restructuring expenses. First quarter 2007 results include expenses of $5.7 million, $3.5 million net of tax, for professional fees and costs associated with our stock option review.

"The first quarter of 2008 was a very challenging quarter for our business. While overall our EMEA and APAC segments performed as expected, our North America segment did not meet our internal expectations for profitability during the quarter," stated Rich Fennessy, President and Chief Executive Officer. "As a result, we implemented a number of critical actions across our business focused on increasing net sales and gross profit and reducing our expense base to improve our overall earnings performance for the balance of the year in this challenging market environment," added Fennessy.

Segment Overview

Net sales in North America decreased 1% to $766.4 million primarily due to a softer U.S. IT market and a double digit year-over-year decrease in our net sales to SMB clients, as the Company continued to address certain integration issues with the IT system upgrade that commenced in the second half of 2007. Gross margin in North America decreased by approximately 80 basis points from the first quarter of 2007 primarily due to lower net sales to SMB clients, which are generally conducted at higher gross margins, and decreases in product margins, including vendor funding, primarily driven by market pricing pressures. Earnings from operations in North America were $5.4 million lower than the first quarter of 2007. These 2008 results include $1.0 million in severance and restructuring expenses, while the first quarter 2007 results include $5.2 million in professional fees and costs associated with our stock

option review. Thus, excluding the effects of the stock option review, our North American results were substantially lower in the first quarter of 2008 compared to the first quarter of 2007.

Net sales in EMEA decreased 3%, or $9.2 million, to $318.2 million reflecting a decline in sales in the United Kingdom and a continued shift toward fee-based enterprise agreements where only the referral fee is recognized as net sales with no costs of goods sold. This decline was partially offset by the foreign currency benefit of the weak U.S. dollar compared to the various European currencies of the countries in which the Company does business. The United Kingdom-based hardware business accounted for $4.6 million of the overall decline; however it should be noted that in the United Kingdom, there were two less shipping days in the quarter compared to the first quarter of last year. Within the United Kingdom, while the market conditions are challenging and show signs of continued weakness going into the second quarter, we believe that the majority of the net sales decline in the first quarter was related to internal sales execution issues early in the quarter. The Company addressed these issues immediately, and, as a result, saw stronger results in March compared to the first two months of the quarter. Gross margin in EMEA increased to 14.3% from 11.8% in the first quarter of last year resulting from strong software category performance and the continued migration to fee-based enterprise agreements. Earnings from operations in the EMEA segment increased 8% compared to the first quarter of 2007 to $7.0 million reflecting higher gross profit partially offset by increases in selling and administrative expenses from increased headcount and severance expenses of $869,000.

Net sales in APAC increased 19% to $23.1 million with gross margin on these sales of 16.3%. The loss from operations in this segment during the three months ended March 31, 2008 of $440,000 reflected the typical seasonality of this business and the hiring of experienced software sales and support teammates during the quarter.

UPDATED GUIDANCE

Given the challenges that the Company faced during the first quarter and the uncertain macro-economic outlook for 2008, the Company now expects full-year diluted earnings per share to be between $1.50 and $1.60 with approximately 50% coming in the first half of the year. This estimate includes no severance, restructuring or other one-time charges. This guidance reflects management's expectations for the balance of 2008, but the factors that could affect performance, as noted below, are numerous, and short-term results in this difficult economy could be more volatile and unpredictable than usual.

32.     On May 8, 2008, Insight Enterprises filed its Quarterly Report with the SEC on Form 10-Q. The Company's 10-Q was signed by Defendants Fennessy and Bryan and reaffirmed the Company's financial results announced that day. The Company's 10-Q also

contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Bryan,

substantially similar to the certifications contained in ¶22, *supra*.

33.     On July 24, 2008, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Announces Preliminary Second Quarter 2008 Diluted EPS of $0.57 to $0.59 Before Goodwill Impairment Charge."  Therein, the Company, in relevant part, stated:

> Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today announced that diluted earnings per share are expected to be between $0.57 and $0.59, before a goodwill impairment charge but including restructuring expenses of approximately $3.5 million. These better-than-expected financial results were primarily driven by strong contribution by the Company's EMEA and APAC operating segments, strong performance in its North America software category resulting from sales and marketing initiatives implemented early in the quarter, and the benefits of recent expense management activities.

> The Company has been performing an interim period goodwill impairment test given the sustained significant decline in the Company's stock price. As a result, the Company currently anticipates that it will take a non-cash, pre-tax charge of approximately $313 million during the second quarter equal to the entire balance of goodwill recorded in its North America operating segment. This charge will not impact the Company's debt covenant compliance, cash flows or ongoing financial performance.

34.     On August 11, 2008, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Second Quarter 2008 Results."  Therein, the Company, in relevant part, stated:

> Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported results of operations for the quarter ended June 30, 2008.

> Second Quarter Highlights
>    --      Net sales increased 9% to $1.40 billion.
>    --      Gross profit grew 9% to $201.7 million.
>    --      Net earnings from continuing operations before a charge for goodwill impairment remained flat at $26.9 million. (Net loss from continuing operations of ($174.3 million) including charge for goodwill impairment.)
>    --      Diluted EPS from continuing operations before a charge for goodwill impairment grew 7% to $0.58. (Diluted EPS from continuing operations of ($3.74) including charge for goodwill impairment.)
>    --      Second quarter 2008 results from continuing operations include $313.9 million, $201.2 million net of tax, for a non-cash

goodwill impairment charge, which represented the entire goodwill balance of the North America operating segment.

-- Second quarter 2008 results from continuing operations include $3.5 million, $2.3 million net of tax, for severance and restructuring expenses. Annualized savings of $4.0 million to $5.5 million are targeted from restructuring activities in the second quarter.

-- Second quarter 2007 results include severance expenses of $2.8 million, $1.7 million net of tax, and expenses of $4.3 million, $2.6 million net of tax, for professional fees and costs associated with the Company's stock option review.

-- Completed the acquisition of Calence, LLC on April 1, 2008.

***

"We are pleased with our overall results in the second quarter and feel we have regained some of the ground we lost in the first quarter," said Rich Fennessy, President and Chief Executive Officer. "Having said this, we still have our work cut out for us in the second half of the year as we continue to compete in a challenging demand environment."

SEGMENT OVERVIEW

Net sales in North America increased 4% to $956.9 million in the second quarter. These results include the results of Calence, the acquisition that closed on April 1, which more than offset declines in the North America legacy hardware business. Net sales in the software category were relatively flat compared to the record-level net sales reported for this category in the prior year, reflecting the success of the sales and marketing initiatives the Company implemented early in the quarter. Calence was neutral to EPS, as expected, but contributed positively to net sales, gross profit and earnings from operations during the quarter.

EMEA recorded very strong results in the second quarter. Net sales increased 15% to $382.3 million and gross profit grew an impressive 25%. The hardware business in the United Kingdom returned to positive growth during the quarter, reflecting actions taken late in the first quarter. The software and services categories performed very well in EMEA, posting sales growth of 21% and 33%, respectively.

The Company's APAC segment also had a very strong second quarter, more than doubling its net sales and its earnings from operations compared to the second quarter of 2007.

GUIDANCE

Given the overall uncertainty within the IT market and expected softness in the second half of the year, the Company is maintaining its previously issued outlook that full-year diluted earnings per share will be between $1.50 and

$1.60.* This estimate excludes the goodwill impairment charge, severance, restructuring and any other nonrecurring charges.

35.    On August 11, 2008, Insight Enterprises filed its Quarterly Report with the SEC on Form 10-Q.  The Company's 10-Q was signed by Defendants Fennessy and Bryan and reaffirmed the Company's financial results announced that day.  The Company's 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Bryan, substantially similar to the certifications contained in ¶22, *supra*.

36.    On November 06, 2008, Insight Enterprises issued a press release entitled, "Insight Enterprises, Inc. Reports Third Quarter 2008 Results."  Therein, the Company, in relevant part, stated:

> Insight Enterprises, Inc. (Nasdaq: NSIT) (the "Company") today reported results of operations for the three months ended September 30, 2008.
>
> Third Quarter Highlights
>
> --    Net sales for the quarter increased 5% to $1.17 billion.
> --    Gross profit for the quarter grew 3% to $154.1 million.
> --    Net earnings from continuing operations for the quarter decreased to $6.7 million from $9.1 million.
> --    Diluted EPS from continuing operations for the quarter declined to $0.15 from $0.18.
> --    Third quarter 2008 results include $3.3 million of foreign currency losses, primarily resulting from the strengthening of the U.S. dollar against the Euro and the British Pound Sterling and the volatility of those exchange rates during the quarter. The 2007 results included $849,000 of net foreign currency losses.
> --    Third quarter 2008 results include $1.1 million of tax benefit related to federal and state research and development credits recorded during the quarter.
> --    Third quarter 2007 results include expenses of $2.5 million for professional fees associated with our stock option review.
> --    Completed the acquisition of MINX Limited on July 10, 2008.
>
> "In the third quarter, the demand environment for IT solutions continued to be very challenging as the overall economy worsened, especially in September," said Rich Fennessy, President and Chief Executive Officer. "In this environment, as we finish out 2008 and head into 2009, we are focused on optimizing our new sales coverage model and taking actions to reduce our base infrastructure costs and discretionary spending."

SEGMENT OVERVIEW

Net sales in North America increased 5% to $854.7 million in the third quarter. The hardware net sales of Calence more than offset the decline in net sales in the Company's legacy hardware business. The software and services categories are performing well, reporting growth of 2% and 126%, respectively, in the third quarter. Consistent with the first half of the year, pricing continued to sustain pressure in the third quarter. As a result, gross profit dollars in North America declined by 2% while gross margin decreased approximately 80 basis points. Selling and administrative expenses were 11.5% of net sales, a level that was consistent with the third quarter of last year because incremental selling and administrative expenses resulting from the Company's growth through acquisitions were offset by expense management initiatives and reduced performance-based compensation expense. Additionally, during 2008, there were no professional fees associated with the prior year stock option review. As a result, earnings from operations in North America were down 43% in the quarter.

In this environment, we must continue to be aggressive in ensuring we decrease our base cost infrastructure and discretionary spending levels going into next year. As a result of actions we took earlier in the year, expected efficiencies from our systems upgrade project, and additional actions planned for the 4th quarter, we are targeting a year over year decrease in the net operating expenses of our legacy North America business in 2009 of approximately $20 million, or about 6%.

EMEA continued to execute well during the third quarter, which resulted in strong financial results for this segment. Net sales increased 6% to $281.4 million. In local currency, net sales across hardware, software and services grew in the quarter. Gross profit dollars grew 17% and for the third consecutive quarter, gross margin increased over 100 basis points year over year. As a result, earnings from operations more than doubled versus last year.

On July 10, 2008, we acquired MINX Limited, a United Kingdom-based networking services company with annual net sales of approximately $25.0 million. This acquisition, along with the Calence acquisition in North America in the second quarter, is consistent with our vision and strategy to become a global value added reseller ("G-VAR") through continued investment in certain key technology categories, including networking and advanced communications.

In APAC, while net sales increased 20% to $32.8 million in the quarter, earnings from operations decreased year over year due to a decrease in fee based enterprise agreement sales and increased selling and administrative expenses the Company added to support long term growth in the region.

GUIDANCE

We expect the demand environment to continue to be soft in the fourth quarter.

-30-

As a result, we expect fourth quarter 2008 diluted earnings per share to be between $0.27 and $0.34. This estimate includes no severance, restructuring or other one-time charges. The reason for such a wide range is that, worldwide, the current environment is quite unprecedented making forecasting more difficult. As such, this guidance reflects management's expectations for the balance of 2008, but the factors that could affect performance are numerous.

37.    On November 7, 2008, Insight Enterprises filed its Quarterly Report with the SEC on Form 10-Q.  The Company's 10-Q was signed by Defendants Fennessy and Bryan and reaffirmed the Company's financial results previously announced on November 6, 2008. The Company's 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Fennessy and Bryan, substantially similar to the certifications contained in ¶22, *supra*.

38.    The statements contained in  ¶¶19-37 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was improperly accounting for trade credits; (2) that, as a result, the Company misstated its financial results during the Class Period; (3) that the Company's financial results were not prepared in accordance with GAAP; (4) that the Company lacked adequate internal and financial controls; and (5) as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

**Disclosures at the End of the Class Period**

39.    On February 9, 2009, Insight Enterprises shocked investors when it issued a press release entitled, "Insight Enterprises, Inc. Reports Preliminary (Unaudited) Fourth Quarter 2008 Results."  Therein, the Company, in relevant part, stated:

***Restatement of Previously Issued Financial Statements***

Following an internal review, the Company has determined that the Company's historical accounting treatment, since 1996, of certain aged trade credits created in the ordinary course of business was in error. The error relates primarily to the release of certain aged trade credits from its balance sheet to its statement of earnings prior to the complete release of the underlying liabilities under applicable legal requirements. Insight is working with its auditors and external advisors to quantify the related liabilities and to establish

new policies going forward. The review, covering trade credits since 1996, is ongoing, but the Company expects that it will restate financial statements which are included in the Company's most recently filed Annual Report on Form 10-K, for the year ended December 31, 2007, and in the Quarterly Reports on Form 10-Q for the first three quarters of fiscal year 2008. The Company also expects that the restatement of its financial statements will include a material reduction of retained earnings as of December 31, 2004, related to the accumulation of such errors in prior periods. The cumulative restatement effect is expected to be $50 million to $70 million, before consideration of any tax effects. Given the high volume of individual transactions involved and complexity of researching each item, the Company expects that the final settlement of these liabilities may take multiple years and may eventually be settled for less than the estimated liability. Any difference between the restated amounts accrued by the Company and the final settlement with counterparties will be reflected in the periods in which any such resolution occurs.

"Insight is committed to fairly and completely addressing the impact of our historical accounting practices and to putting this matter definitively in the past," Mr. Fennessy said. "In fact, Insight has already made a number of important changes in our finance activities, including new management in certain key finance roles, as well as updates to our systems and policies to ensure the Company's accounting practices are fully compliant going forward."

The Company has informed the administrative agent and lenders under its primary secured credit facilities of its intention to restate its financial statements. The errors and consequent restatement constitute a default under the Company's primary credit facilities. Accordingly, the Company sought and has received the waivers required to resolve this default.

The Company will not release final fourth quarter and full year 2008 results until it has finalized its year end closing process and audit, including the accounting related to the proposed restatement, at which time it will file its 2008 financial statements with the Securities and Exchange Commission ("SEC"). (Emphasis in original).

40.     On this news, shares of Insight Enterprises declined $2.85 per share, more than 48%, to close on February 9, 2009 at $3.05 per share, on unusually heavy volume.

**Statements Issued After the Class Period**

41.     On March 20, 2009 Insight Enterprises filed a current report with the SEC on Form 8-K.  Therein, the Company, in relevant part, stated:

As previously announced, Insight Enterprises, Inc. (the "Company"), following an internal review, has determined that its historical accounting treatment, since 1996, of certain aged trade credits was in error and that certain of the

Company's historical financial statements will require restatement. On March 19, 2009, the Company received an informal inquiry from the Securities and Exchange Commission requesting certain documents and information relating to its historical accounting treatment of aged trade credits. The Company intends to cooperate with all matters related to this request.

## INSIGHT ENTERPRISES' VIOLATION OF GAAP RULES
## IN ITS FINANCIAL STATEMENTS
## FILED WITH THE SEC

42.     These financial statements and the statements about the Company's financial results were false and misleading, as such financial information was not prepared in conformity with GAAP, nor was the financial information a fair presentation of the Company's operations due to the Company's improper accounting for, and disclosure about its revenues, in violation of GAAP rules.

43.     GAAP are those principles recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practice at a particular time. Regulation S-X (17 C.F.R. § 210.4 01(a) (1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate. Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosure which would be duplicative of disclosures accompanying annual financial statements. 17 C.F.R. § 210.10-01(a).

44.     The fact that Insight Enterprises expects to restate its financial statements, and informed investors that these financial statements should not be relied upon is an admission that they were false and misleading when originally issued (APB No.20, 7-13; SFAS No. 154, 25).

45.     Given these accounting irregularities, the Company announced financial results that were in violation of GAAP and the following principles:

(a)     The principle that "interim financial reporting should be based upon the

same accounting principles and practices used to prepare annual financial statements" was violated (APB No. 28, 10);

(b) The principle that "financial reporting should provide information that is useful to present to potential investors and creditors and other users in making rational investment, credit, and similar decisions" was violated (FASB Statement of Concepts No. 1, 34);

(c) The principle that "financial reporting should provide information about the economic resources of an enterprise, the claims to those resources, and effects of transactions, events, and circumstances that change resources and claims to those resources" was violated (FASB Statement of Concepts No. 1, 40);

(d) The principle that "financial reporting should provide information about an enterprise's financial performance during a period" was violated (FASB Statement of Concepts No. 1, 42);

(e) The principle that "financial reporting should provide information about how management of an enterprise has discharged its stewardship responsibility to owners (stockholders) for the use of enterprise resources entrusted to it" was violated (FASB Statement of Concepts No. 1, 50);

(f) The principle that "financial reporting should be reliable in that it represents what it purports to represent" was violated (FASB Statement of Concepts No. 2, 58-59);

(g) The principle that "completeness, meaning that nothing is left out of the information that may be necessary to insure that it validly represents underlying events and conditions" was violated (FASB Statement of Concepts No. 2, 79); and

(h) The principle that "conservatism be used as a prudent reaction to uncertainty to try to ensure that uncertainties and risks inherent in business situations are

adequately considered" was violated (FASB Statement of Concepts No. 2, 95).

46.     The adverse information concealed by Defendants during the Class Period and detailed above was in violation of Item 303 of Regulation S-K under the federal securities law (17 C.F.R. §229.303).

### CLASS ACTION ALLEGATIONS

47.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased Insight Enterprises' securities between January 30, 2007 and February 6, 2009, inclusive (the "Class Period") and who were damaged thereby.  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

48.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Insight Enterprises' securities were actively traded on National Association of Securities Dealers Automated Quotations Market ("NASDAQ").  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Millions of Insight Enterprises shares were traded publicly during the Class Period on the NASDAQ and as of November 3, 2008, Insight Enterprises had 45,584,578 shares of common stock outstanding.  Record owners and other members of the Class may be identified from records maintained by Insight Enterprises or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

49.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation

1   of federal law that is complained of herein.

2       50.     Plaintiff will fairly and adequately protect the interests of the members of the

3   Class and has retained counsel competent and experienced in class and securities litigation.

4       51.     Common questions of law and fact exist as to all members of the Class and

5   predominate over any questions solely affecting individual members of the Class.  Among

6   the questions of law and fact common to the Class are:

7               (a)     Whether the federal securities laws were violated by Defendants' acts

8   as alleged herein;

9               (b)     Whether statements made by Defendants to the investing public during

10  the Class Period omitted and/or misrepresented material facts about the business, operations,

11  and prospects of Insight Enterprises; and

12              (c)     To what extent the members of the Class have sustained damages and

13  the proper measure of damages.

14      52.     A class action is superior to all other available methods for the fair and efficient

15  adjudication of this controversy since joinder of all members is impracticable.  Furthermore,

16  as the damages suffered by individual Class members may be relatively small, the expense

17  and burden of individual litigation makes it impossible for members of the Class to

18  individually redress the wrongs done to them.  There will be no difficulty in the management

19  of this action as a class action.

20                          **UNDISCLOSED ADVERSE FACTS**

21      53.     The market for Insight Enterprises' securities was open, well-developed and

22  efficient at all relevant times.  As a result of these materially false and/or misleading

23  statements, and/or failures to disclose, Insight Enterprises' securities traded at artificially

24  inflated prices during the Class Period.  Plaintiff and other members of the Class purchased

25  or otherwise acquired Insight Enterprises' securities relying upon the integrity of the market

26

1  price of the Company's securities and market information relating to Insight Enterprises, and

2  have been damaged thereby.

3       54.   During the Class Period, Defendants materially misled the investing public,

4  thereby inflating the price of Insight Enterprises' securities, by publicly issuing false and/or

5  misleading statements and/or omitting to disclose material facts necessary to make

6  Defendants' statements, as set forth herein, not false and/or misleading.  Said statements and

7  omissions were materially false and/or misleading in that they failed to disclose material

8  adverse information and/or misrepresented the truth about Insight Enterprises' business,

9  operations, and prospects as alleged herein.

10      55.   At all relevant times, the material misrepresentations and omissions

11 particularized in this Complaint directly or proximately caused or were a substantial

12 contributing cause of the damages sustained by Plaintiff and other members of the Class.  As

13 described herein, during the Class Period, Defendants made or caused to be made a series of

14 materially false and/or misleading statements about Insight Enterprises' financial well-being

15 and prospects.  These material misstatements and/or omissions had the cause and effect of

16 creating in the market an unrealistically positive assessment of the Company and its financial

17 well-being and prospects, thus causing the Company's securities to be overvalued and

18 artificially inflated at all relevant times.  Defendants' materially false and/or misleading

19 statements during the Class Period resulted in Plaintiff and other members of the Class

20 purchasing the Company's securities at artificially inflated prices, thus causing the damages

21 complained of herein.

22                          **LOSS CAUSATION**

23      56.   Defendants' wrongful conduct, as alleged herein, directly and proximately

24 caused the economic loss suffered by Plaintiff and the Class.

25      57.   During the Class Period, Plaintiff and the Class purchased Insight Enterprises'

26

securities at artificially inflated prices and were damaged thereby.    The price of the

Company's securities significantly declined when the misrepresentations made to the market,

and/or the information alleged herein to have been concealed from the market, and/or the

effects thereof, were revealed, causing investors's losses.

**SCIENTER ALLEGATIONS**

58.    As alleged herein, Defendants acted with scienter in that Defendants knew that

the public documents and statements issued or disseminated in the name of the Company

were materially false and/or misleading; knew that such statements or documents would be

issued or disseminated to the investing public; and knowingly and substantially participated

or acquiesced in the issuance or dissemination of such statements or documents as primary

violations of the federal securities laws.  As set forth elsewhere herein in detail, Defendants,

by virtue of their receipt of information reflecting the true facts regarding Insight Enterprises,

his/her control over, and/or receipt and/or modification of Insight Enterprises' allegedly

materially misleading misstatements and/or their associations with the Company which made

them privy to confidential proprietary information concerning Insight Enterprises,

participated in the fraudulent scheme alleged herein.

**APPLICABILITY OF PRESUMPTION OF RELIANCE**
**(FRAUD-ON-THE-MARKET DOCTRINE)**

59.    The market for Insight Enterprises' securities was open, well-developed and

efficient at all relevant times.  As a result of the materially false and/or misleading statements

and/or failures to disclose, Insight Enterprises' securities traded at artificially inflated prices

during the Class Period.  On October 26, 2007 the price of the Company's common stock

reached a Class Period high of $27.78 per share.   Plaintiff and other members of the Class

purchased or otherwise acquired the Company's securities relying upon the integrity of the

market price of Insight Enterprises' securities and market information relating to Insight

Enterprises, and have been damaged thereby.

60.     During the Class Period, the artificial inflation of Insight Enterprises' stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Insight Enterprises' business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Insight Enterprises and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

61.     At all relevant times, the market for Insight Enterprises' securities was an efficient market for  the following reasons, among others:

        (a)     Insight Enterprises stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

        (b)     As a regulated issuer, Insight Enterprises filed periodic public reports with the SEC and the NASDAQ;

        (c)     Insight Enterprises regularly communicated with public investors *via* established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

1               (d)     Insight Enterprises was followed by securities analysts employed by

2                      major brokerage firms who wrote reports about the Company, and these

3                      reports were distributed to the sales force and certain customers of their

4                      respective brokerage firms.   Each of these reports was publicly

5                      available and entered the public marketplace.

6      62.    As a result of the foregoing, the market for Insight Enterprises' securities

7 promptly digested current information regarding Insight Enterprises from all publicly

8 available sources and reflected such information in Insight Enterprises' stock price. Under

9 these circumstances, all purchasers of Insight Enterprises' securities during the Class Period

10 suffered similar injury through their purchase of Insight Enterprises' securities at artificially

11 inflated prices and a presumption of reliance applies.

12                                    **NO SAFE HARBOR**

13      63.    The statutory safe harbor provided for forward-looking statements under

14 certain circumstances does not apply to any of the allegedly false statements pleaded in this

15 Complaint. The statements alleged to be false and misleading herein all relate to then-

16 existing facts and conditions. In addition, to the extent certain of the statements alleged to

17 be false may be characterized as forward looking, they were not identified as "forward-

18 looking statements" when made and there were no meaningful cautionary statements

19 identifying important factors that could cause actual results to differ materially from those

20 in the purportedly forward-looking statements. In the alternative, to the extent that the

21 statutory safe harbor is determined to apply to any forward-looking statements pleaded

22 herein, Defendants are liable for those false forward-looking statements because at the time

23 each of those forward-looking statements was made, the speaker had actual knowledge that

24 the forward-looking statement was materially false or misleading, and/or the forward-looking

25 statement was authorized or approved by an executive officer of Insight Enterprises who

26 knew that the statement was false when made.

/ / /

**FIRST CLAIM**
**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**Promulgated Thereunder Against All Defendants**

64.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

65.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Insight Enterprises' securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

66.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Insight Enterprises' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

67.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Insight Enterprises' financial well-being and prospects, as specified herein.

68.     These defendants employed devices, schemes and artifices to defraud, while

-41-

1   in possession of material adverse non-public information and engaged in acts, practices, and

2   a course of conduct as alleged herein in an effort to assure investors of Insight Enterprises'

3   value and performance and continued substantial growth, which included the making of, or

4   the participation in the making of, untrue statements of material facts and/or omitting to state

5   material facts necessary in order to make the statements made about Insight Enterprises and

6   its business operations and future prospects in light of the circumstances under which they

7   were made, not misleading, as set forth more particularly herein, and engaged in transactions,

8   practices and a course of business which operated as a fraud and deceit upon the purchasers

9   of the Company's securities during the Class Period.

10      69.    Each of the Individual Defendants' primary liability, and controlling person

11   liability, arises from the following facts: (i) the Individual Defendants were high-level

12   executives and/or directors at the Company during the Class Period and members of the

13   Company's management team or had control thereof; (ii) each of these defendants, by virtue

14   of their responsibilities and activities as a senior officer and/or director of the Company, was

15   privy to and participated in the creation, development and reporting of the Company's

16   internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed

17   significant personal contact and familiarity with the other defendants and was advised of, and

18   had access to, other members of the Company's management team, internal reports and other

19   data and information about the Company's finances, operations, and sales at all relevant

20   times; and (iv) each of these defendants was aware of the Company's dissemination of

21   information to the investing public which they knew and/or recklessly disregarded was

22   materially false and misleading.

23      70.    The defendants had actual knowledge of the misrepresentations and/or

24   omissions of material facts set forth herein, or acted with reckless disregard for the truth in

25   that they failed to ascertain and to disclose such facts, even though such facts were available

26   to them. Such defendants' material misrepresentations and/or omissions were done knowingly

or recklessly and for the purpose and effect of concealing Insight Enterprises' financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

71.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Insight Enterprises' securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Insight Enterprises' securities during the Class Period at artificially high prices and were damaged thereby.

72.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Insight Enterprises was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Insight Enterprises securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

73.    By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

74.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period

**SECOND CLAIM**
**Violation of Section 20(a) of**
**The Exchange Act Against the Individual Defendants**

75.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

76.    The Individual Defendants acted as controlling persons of Insight Enterprises within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

77.    In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

-44-

78.     As set forth above, Insight Enterprises and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

### JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

DATED this 24th day of March, 2009.

### TIFFANY & BOSCO, P.A.


By:     s/Richard G. Himelrick
        Richard G. Himelrick
        Third Floor Camelback Esplanade II
        2525 East Camelback Road
        Phoenix, Arizona 85016-4237

1

2    **GLANCY BINKOW & GOLDBERG LLP**
     Lionel Z. Glancy
3    Michael Goldberg
     Richard A. Maniskas
4    1801 Avenue of the Stars, Suite 311
     Los Angeles, California 90067
5    Telephone:    (310) 201-9150
     Facsimile:    (310) 201-9160
6

7    **THE SHUMAN LAW FIRM**
     Kip B. Shuman
8    Rusty E. Glen
     885 Arapahoe Avenue
9    Boulder, CO 80302
     Telephone:    (303) 861 3003
10   Facsimile:    (303) 484 4886
     Email:  Kip@Shumanlawfirm.com
11   Email:  Rusty@Shumanlawfirm.com
12

13   *Attorneys for Plaintiff Mark Kaplan*

14
     7901-1 399563.WPD
15

16

17

18

19

20

21

22

23

24

25

26