Richard G. Himelrick, #004738

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016–4237
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103
E-MAIL:   RGH@TBLAW.COM

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Richard A. Maniskas
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160
E-mail: rmaniskas@glancylaw.com

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARK KAPLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT ENTERPRISES, INC., STANLEY LABOURNE, RICHARD A. FENNESSY, GLYNIS A. BROWN,<br><br>Defendants. | No. 2:09-cv-00589-SRB<br><br>**Notice of Dismissal** |

Plaintiff Mark Kaplan gives notice under Federal Rule of Civil Procedure 41(a)(1)(A) that this action is dismissed without prejudice. No Defendant has answered or filed a motion for summary judgment in the case. Plaintiff Kaplan has not filed a motion to be appointed as lead plaintiff and does not intend to file a lead plaintiff motion. Motions for lead plaintiff

1 | appointment by Plaintiffs in related cases are pending.

2 | Dated: June 12, 2009.

**TIFFANY & BOSCO, P.A.**

By:   s/ Richard G. Himelrick
    Richard G. Himelrick
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Richard A. Maniskas
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160

**THE SHUMAN LAW FIRM**
Kip B. Shuman
Rusty E. Glen
885 Arapahoe Avenue
Boulder, CO 80302
Telephone:   (303) 861 3003
Facsimile:   (303) 484 4886
Email: Kip@Shumanlawfirm.com
Email: Rusty@Shumanlawfirm.com

***Attorneys for Plaintiff Mark Kaplan***

X___ I hereby certify that on the 12th day of June, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Joseph G Adams**
    jgadams@swlaw.com,mgarsha@swlaw.com,docket@swlaw.com

**Eric J Belfi**
    ebelfi@labaton.com

**Barbara J Dawson**
    bdawson@swlaw.com,loie@swlaw.com,docket@swlaw.com

**Alan I Ellman**
aellman@labaton.com,cchan@labaton.com,ElectronicCaseFiling@labaton.com

**John C Gabroy**
jgabroy@gabroylaw.com,saram@gabroylaw.com,esmith@gabroylaw.com

**Mark Robert Gilling**
mark.gilling@sandersparks.com,Anita.Compton@SandersParks.com

**Lionel Zevi Glancy**
info@glancylaw.com

**Rusty E Glenn**
rusty@shumanlawfirm.com

**Brian Thomas Glennon**
brian.glennon@lw.com

**Michael Goldberg**
mgoldberg@glancylaw.com

**Christopher J Keller**
ckeller@labaton.com,ElectronicCaseFiling@labaton.com

**Terri L Lilley**
terri.lilley@lw.com,joel.shields@lw.com

**Richard A Maniskas**
rmaniskas@glancylaw.com

**Andrei V Rado**
arado@milberg.com

**Miles N Ruthberg**
miles.ruthberg@lw.com

**Kip B Shuman**
kip@shumanlawfirm.com

**Stefanie J Sundel**
ssundel@labaton.com

 s/ Shelley Boettge
#15423-1 406278.WPD